CHARLES H. RABERG, JR., as *Executor, etc., Appellant, v.* THE SAME. — Judgments reversed, new trials ordered, costs to abide event. Opinion by DAVIS, P. J.

ALONZO CLARK, *Appellant, v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, *Respondent.*

C. WILLIAM LORING, *Appellant, v.* THE SAME.

LUCY A. CLARK, *Appellant, v.* THE SAME.

SARAH A. WHITMAN, *Appellant, v.* THE SAME. — Judgments reversed, new trial granted, costs to abide event. Opinion by DAVIS, P. J.

THE PEOPLE *ex rel.* JULIA SHAW *v.* JOHN McCARTY. — Motion denied. Mem., *Per Curiam.*

IN THE MATTER OF HARRIET A. WALTER. — Motion for reargument denied, without costs. Opinion by DAVIS, P. J.

IN THE MATTER OF JOHN LOWDEN. — Oral reargument ordered, without costs. Opinion by DAVIS, P. J.

MARGARET BENNIS, *as Administratrix, etc., Respondent, v.* JAMES McMAHON, *Appellant.* — Judgment affirmed. Opinion by DANIELS, J.

ANNIE E. MOORE, *Appellant, v.* JOHN E. MOORE, *Respondent.* — Order affirmed. Opinion by DANIELS, J.

FRANCIS BLACKBURN, *Respondent, v.* FERDINAND WEISGERBER, *Appellant.* — Motion for reargument denied, with costs. Opinion by DANIELS, J.

FRANK LESLIE, *Appellant, v.* WILLIAM LESLIE and others, *Respondents.* — Decree affirmed. Opinion by DANIELS, J.

CALEB E. WHITAKER, *Respondent, v.* IMPERIAL SKIRT MANUFACTURING COMPANY, *Appellant.* — Judgment affirmed. Opinion by BRADY, J.

CHARLES DAVIS, *as Administrator, etc., of* WILLIAM DAVIS, *Deceased, Appellant, v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, *Respondents.* — Order reversed, and judgment directed for plaintiff on verdict. Opinions by BRADY and DANIELS, JJ.

WILLIAM G. NICOLL, *as Receiver, etc., Respondent, v.* GEORGE M. BOYD, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinions by DAVIS, P. J., and DANIELS, J.

DAVID S. PAIGE, *Appellant, v.* WILLIAM E. WARING, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by BRADY, J.

LAURENCE ENNIS, *Appellant, v.* EDWARD P. WILDER, *Respondent, Impleaded, etc.* — Order modified as directed in opinion, without costs to either party. Opinion by BRADY, J.

HENRY W. HUBBELL, *Plaintiff, v.* THE PACIFIC MUTUAL INSURANCE COMPANY, *Defendant.* — Motion for a new trial denied;